No. 88–6977.  JOHNSON v. DEPARTMENT OF JUSTICE.  C. A. Fed. Cir.  Certiorari denied.

No. 88–7014.  GRIFFITH v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 88–7051.  POGUE v. COLUMBIA COUNTY.  Ct. App. Wis. Certiorari denied.

No. 88–7054.  BROWN v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 88–7057.  RUSCITTI v. ESTATE OF RUSCITTI.  Super. Ct. Pa.  Certiorari denied.

No. 88–7058.  THEOPHILE v. PHILLIPS ET AL.  C. A. 11th Cir. Certiorari denied.

No. 88–7060.  RODMAN v. WILSON, DIRECTOR, DEPARTMENT OF REHABILITATION AND CORRECTION.  C. A. 6th Cir.  Certiorari denied.

No. 88–7063.  BOYD v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 88–7065.  BARNES v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 88–7066.  SCOTT v. KEMNA, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 88–7067.  BAISDEN v. TATE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTE.  C. A. 6th Cir.  Certiorari denied.

No. 88–7071.  CUMMINGS v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 88–7072.  BLACK v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.